UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., Plaintiffs, | : | Civil Action No.: 2:14-cv-42-EAS-TPK |
| v. | : | Judge Edmund A. Sargus<br>Magistrate Judge Kemp |
| THOMAS PINK LIMITED and THOMAS PINK, INC., Defendants. | : | |

**STIPULATED DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the attached Covenant Not To Sue (Exhibit A), Plaintiff Victoria's Secret Stores Brand Management, Inc. and Defendants Thomas Pink Limited and Thomas Pink, Inc. hereby stipulate and agree that all claims that were or could have been made in this action are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff and Defendants shall pay their own costs and fees.

AGREED:

*/s/ Keith Shumate*
Keith Shumate (0056190)
Heather Stutz (0078111)
Squire Sanders (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
614.365.2700
keith.shumate@squiresanders.com
heather.stutz@squiresanders.com

*/s/ Joseph R. Dreitler*
Joseph R. Dreitler
Mary R. True
Dreitler True LLC
137 East State Street
Columbus, OH 43215
(614) 545-6354
Fax: (614) 241-2169
jdreitler@usatrademarklawyer.com
mtrue@usatrademarklawyer.com

Kevin C. Parks
Michelle L. Zimmermann
(Admitted *pro hac vice*)
Leydig, Voit & Mayer, Ltd.
180 North Stetson
Two Prudential Plaza, Suite 4900
Chicago, Illinois
312.616.5669
kparks@leydig.com
mzimmermann@leydig.com

Attorneys for Plaintiff
VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.

Robert E. Shapiro
Wendi E. Sloane
Sharon E. Calhoun
Barack Ferrazzano Kirschbaum
& Nagelberg LLP
200 W. Madison St., Suite 3900
Chicago, Illinois 60606
(312) 984-3118
Fax: (312) 984-3150
Rob.shapiro@bfkn.com
Wendi.sloane@bfkn.com
Sharon.calhoun@bfkn.com

Attorneys for Defendants
THOMAS PINK LIMITED and THOMAS PINK, INC.,

**CERTIFICATE OF SERVICE**

A copy of the foregoing has been served upon all counsel appearing in this action via the Court's electronic filing and notification system this 14th day of May, 2014.

*/s/ Keith Shumate*
Keith Shumate