# COVENANT NOT TO SUE

This Covenant Not To Sue ("**Covenant**") is made as of this 6th day of May, 2014, by THOMAS PINK, LTD. and THOMAS PINK, INC. (collectively, "**Thomas Pink**") and is effective as of March 28, 2014 ("**Effective Date**").

## RECITALS

WHEREAS, on January 14, 2014, Victoria's Secret commenced civil action number 14-CV-00042-EAS-TPK against Thomas Pink, in the United States District Court for the Southern District of Ohio (the "**Complaint**") seeking a declaratory judgment that its use of trade names and trademarks that contain or consist of the component PINK, including the Victoria's Secret Pink Registrations, the Victoria's Secret Pink Used-Based Applications, and the Victoria's Secret Pink Intent-to-Use Applications (defined below) are not intended to or likely to cause confusion, mistake or deception as to source, have not and do not jeopardize the goodwill in, and have not caused any injury under the Lanham Act §1125(a), Ohio unfair competition law, or Ohio statutory law to, the trademarks that are the subject of the Thomas Pink Registrations and Thomas Pink Applications (defined below);

WHEREAS **Appendix A** is a complete list of the United States federal trademark registrations owned on or before the date that Victoria's Secret filed the Complaint (the "**Complaint Filing Date**") by Victoria's Secret Stores Brand Management, Inc. ("**Victoria's Secret**") for trademarks that contain or consist of the component PINK (the "**Victoria's Secret Pink Registrations**");

WHEREAS **Appendix B** is a complete list of the United States federal trademark applications filed on or before the Complaint Filing Date by Victoria's Secret under Section (1)(a) of the Lanham Act to register trademarks that contain or consist of the component PINK (the "**Victoria's Secret Pink Used-Based Applications**");

WHEREAS **Appendix C** is a complete list of the United States federal trademark applications filed on or before the Complaint Filing Date by Victoria's Secret under Section (1)(b) of the Lanham Act to register trademarks that contain or consist of the component PINK (the "**Victoria's Secret Pink Intent-to-Use Applications**");

WHEREAS Victoria's Secret has used trademarks that contain or consist of the component PINK that are not the subject of federal registrations or applications, namely, those listed in **Appendix D** (the "**Victoria's Secret Common Law Marks**");

WHEREAS **Appendix E** is a complete list of the United States federal trademark registrations owned on or before the Complaint Filing Date by Thomas Pink for trademarks that contain or consist of the component PINK (the "**Thomas Pink Registrations**");

WHEREAS **Appendix F** is a complete list of the United States federal trademark applications filed on or before the Complaint Filing Date by Thomas Pink for trademarks that contain or consist of the component PINK (the "**Thomas Pink Applications**");

1

960030.v6

NOW, THEREFORE, Thomas Pink covenants as follows:

### COVENANT

Thomas Pink, for themselves and their officers, agents, servants, employees, and all other persons who are in active concert or participation with them, hereby unconditionally and irrevocably covenant to refrain, in the United States, from making any claim(s) or demand(s), or from commencing, causing, or permitting to be prosecuted any action in law or equity or before an administrative tribunal, against Victoria's Secret, or any of its predecessors, successors, affiliated entities, or licensees, on account of any possible cause of action in the United States based on or involving trademark infringement, unfair competition, or dilution, under United States state or federal law, relating to the following:

1. Victoria's Secret's registration of the Victoria's Secret Pink Registrations;

2. Victoria's Secret's applications to register the Victoria's Secret Pink Used-Based Applications;

3. Victoria's Secret's applications to register the Victoria's Secret Pink Intent-to-Use Applications;

4. Victoria's Secret's use in commerce within the meaning of the Lanham Act ("**Use**") in the United States of the Victoria's Secret Common Law Marks, the trademarks identified in the Victoria's Secret Pink Registrations and the Victoria's Secret Pink Used-Based Applications for products and/or services on or before the Effective Date; and

5. Victoria's Secret's Use in the United States of the Victoria's Secret Common Law Marks, the trademarks identified in the Victoria's Secret Pink Registrations and the Victoria's Secret Pink Used-Based Applications for products and/or services after the Effective Date, provided that such Use is the same as Victoria's Secret's Use on or before the Effective Date.

IN WITNESS WHEREOF, the undersigned has delivered this Covenant as of the date first set forth above.

THOMAS PINK, LTD.
THOMAS PINK, INC.,

By: _____
Name: Jonathan Heilbron
Title: President and Chief Executive Officer

# APPENDIX A

## VICTORIA'S SECRET PINK REGISTRATIONS

| Trademark | Status | Class | Application Number | Goods and Services |
|---|---|---|---|---|
| 1986 PINK NATION VICTORIA'S SECRET | Registered | 35 | App 85095542<br>Reg 3940420<br>App 29-JUL-2010<br>Reg 05-APR-2011<br><br>First Used: 01-MAY-2010<br>In Commerce: 01-MAY-2010 | **INT. CL. 35** RETAIL STORE SERVICES IN THE FIELD OF CLOTHING AND ACCESSORIES, PERSONAL CARE PRODUCTS, JEWELRY AND VARIOUS GIFTS FEATURING A BONUS INCENTIVE PROGRAM FOR CUSTOMERS |
| ALOHA PINK | Registered | 3 | App 85245358<br>Reg 4010593<br>App 17-FEB-2011<br>Reg 09-AUG-2011<br><br>First Used: 22-MAR-2011<br>In Commerce: 22-MAR-2011 | **INT. CL. 3** BODY LOTION; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY MIST |
| DRENCHED IN PINK | Registered | 3 | App 77063019<br>Reg 3544100<br>App 13-DEC-2006<br>Reg 09-DEC-2008<br>First Used: 10-JUL-2007<br>In Commerce: 10-JUL-2007 | **INT. CL. 3** PERSONAL CARE PRODUCTS, NAMELY, BODY LOTIONS |
| FOREVER PINK | Registered | 3 | App 85251539<br>Reg 4061578<br>App 25-FEB-2011<br>Reg 22-NOV-2011<br><br>First Used: 10-AUG-2011 (IC 03)<br>In Commerce: 10-AUG-2011 | **INT. CL. 3** BODY LOTION; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY MIST |

| Trademark | Status | Class | Application Number | Goods and Services |
|---|---|---|---|---|
| GIVE A LITTLE PINK<br><br>GIVE A LITTLE PINK | Registered | 3 | App 85296152<br>Reg 4097199<br>App 15-APR-2011<br>Reg 07-FEB-2012<br><br>First Used: 07-OCT-2011<br>In Commerce: 07-OCT-2011 | INT. CL. 3 PERSONAL CARE PRODUCTS, NAMELY, BODY LOTION AND NON-MEDICATED SKIN CARE BODY MIST |
| HOPE PINK<br><br>HOPE PINK | Registered | 3 | App 77774655<br>Reg 3883774<br>App 06-JUL-2009<br>Reg 30-NOV-2010<br><br>First Used: 16-FEB-2010<br>In Commerce: 16-FEB-2010 | INT. CL. 3 PERSONAL CARE PRODUCTS, NAMELY, EAU DE PARFUM, BODY LOTION AND FRAGRANCE MIST |
| HOT FOR PINK<br><br>HOT FOR PINK | Registered | 3 | App 85215654<br>Reg 4061503<br>App 12-JAN-2011<br>Reg 22-NOV-2011<br><br>First Used: 10-AUG-2011<br>In Commerce: 10-AUG-2011 | INT. CL. 3 BODY LOTIONS; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY MIST |
| I ONLY SLEEP IN PINK<br><br>I ONLY SLEEP IN PINK | Registered | 25 | App 85178633<br>Reg 3993100<br>App 17-NOV-2010<br>Reg 12-JUL-2011<br><br>First Used: 18-SEP-2007 (IC 25)<br>In Commerce: 18-SEP-2007 | INT. CL. 25 BOXER SHORTS; CAMISOLES; LEGGINGS; NIGHTSHIRTS; PAJAMAS; PANTS; ROBES; SLEEP SHIRTS; SLEEPWEAR; SLIPPER SOCKS; SLIPPERS; SWEATPANTS; T-SHIRTS; TANK TOPS |
| LIFE IS PINK<br><br>LIFE IS PINK | Registered | 3 | App 77941087<br>Reg 3853421<br>App 22-FEB-2010<br>Reg 28-SEP-2010<br><br>First Used: 16-FEB-2010<br>In Commerce: 16-FEB-2010 | INT. CL. 3 BODY LOTION; EAU DE PARFUM; FRAGRANCES FOR PERSONAL USE |
| LIFE IS PINK IS LIFE | Registered | 35 | App 77769884<br>Reg 4336625<br>App 29-JUN-2009<br>Reg 21-MAY-2013 | INT. CL. 35 RETAIL STORE, CATALOG AND ON-LINE ORDERING SERVICES IN THE FIELD OF PERSONAL CARE PRODUCTS AND ACCESSORIES, ROOM FRAGRANCE PRODUCTS, JEWELRY, BEDDING, CLOTHING AND ACCESSORIES, PLUSH TOYS AND CANDY |

| Trademark | Status | Class | Application Number | Goods and Services |
|---|---|---|---|---|
| LIFE IS PINK IS LIFE | | | First Used: 26-JAN-2006 In Commerce: 26-JAN-2006 | |
| LIVE PINK<br><br>LIVE PINK | Registered | 3 | App 77979022<br>Reg 3782747<br>App 16-FEB-2009<br>Reg 27-APR-2010<br><br>First Used: 25-JAN-2010<br>In Commerce: 25-JAN-2010 | INT. CL. 3 BODY LOTIONS; EAU DE PARFUM; SCENTED BODY SPRAY |
| LOVE PINK VICTORIA'S SECRET<br><br>LOVE PINK ♥<br>VICTORIA'S SECRET | Registered | 25 | App 77583183<br>Reg 3805362<br>App 01-OCT-2008<br>Reg 22-JUN-2010<br><br>First Used: 17-OCT-2006<br>In Commerce: 17-OCT-2006 | INT. CL. 25 BRAS; JACKETS; PANTIES; SLEEPWEAR; SWEAT PANTS; T-SHIRTS |
| MAKE ME PINK<br><br>MAKE ME PINK | Registered | 3 | App 85250584<br>Reg 4061574<br>App 24-FEB-2011<br>Reg 22-NOV-2011<br><br>First Used: 10-AUG-2011<br>In Commerce: 10-AUG-2011 | INT. CL. 3 BODY LOTION; DUSTING POWDER; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY MIST |
| MERRY MERRY PINK<br><br>MERRY MERRY PINK | Registered | 3 | App 85309945<br>Reg 4097220<br>App 02-MAY-2011<br>Reg 07-FEB-2012<br><br>First Used: 07-OCT-2011<br>In Commerce: 07-OCT-2011 | INT. CL. 3 PERSONAL CARE PRODUCTS, NAMELY, BODY LOTION AND NON-MEDICATED SKIN CARE BODY MIST |
| OH WHAT FUN IS PINK<br><br>OH WHAT FUN IS PINK | Registered | 3 | App 85480239<br>Reg 4164695<br>App 23-NOV-2011<br>Reg 26-JUN-2012<br><br>First Used: 07-OCT-2011 | INT. CL. 3 BODY LOTIONS; EAU DE TOILETTE; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY MIST |

| Trademark | Status | Class | Application Number | Goods and Services |
|---|---|---|---|---|
| | | | In Commerce: 07-OCT-2011 | |
| PHI BETA PINK<br><br>PHI BETA PINK | Registered | 24 25 | App 78582428<br>Reg 3386282<br>App 08-MAR-2005<br>Reg 19-FEB-2008<br><br>First Used:<br>12-OCT-2005 (IC 24)<br>In Commerce:<br>12-OCT-2005<br>First Used:<br>12-OCT-2005 (IC 25)<br>In Commerce:<br>12-OCT-2005 | INT. CL. 24 PILLOWS<br>INT. CL. 25 CLOTHING, NAMELY, BOXER SHORTS, PANTIES, SHIRTS, SLEEPWEAR AND T-SHIRTS |
| PINK BEACH<br><br>PINK BEACH | Registered | 3 | App 85418899<br>Reg 4219269<br>App 09-SEP-2011<br>Reg 02-OCT-2012<br><br>First Used:<br>14-MAR-2012<br>In Commerce:<br>14-MAR-2012 | INT. CL. 3 BODY CREAM; BODY LOTION; BODY SCRUB; BODY WASH; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY MIST; SKIN BRONZER; SKIN BRONZING CREAMS |
| PINK CAMPUS | Registered | 25 | App 85979944<br>Reg 4412345<br>App 16-DEC-2011<br>Reg 01-OCT-2013<br><br>First Used:<br>AUG-2012<br>In Commerce:<br>AUG-2012 | INT. CL. 25 BRAS |
| PINK COLLEGIATE COLLECTION<br><br>PINK COLLEGIATE COLLECTION | Registered | 25 35 | App 77575883<br>Reg 4376668<br>App 22-SEP-2008<br>Reg 30-JUL-2013<br><br>First Used:<br>AUG-2008 (IC 25)<br>In Commerce:<br>AUG-2008<br>First Used:<br>AUG-2008 (IC 35)<br>In Commerce:<br>AUG-2008 | INT. CL. 25 PANTS; SHORTS; SWEAT PANTS; SWEAT SHIRTS; SWEAT SHORTS; JACKETS; T-SHIRTS; TANK TOPS; YOGA PANTS; HOODED SWEAT SHIRTS<br>INT. CL. 35 RETAIL STORES SERVICES, MAIL ORDER CATALOG SERVICES, AND ON-LINE RETAIL STORE SERVICES ALL IN THE FIELD OF CLOTHING AND ACCESSORIES |
| PINK IS LIFE | Registered | 35 | App 78737062<br>Reg 3565927 | INT. CL. 35 RETAIL STORE, CATALOG AND ON-LINE ORDERING SERVICES IN THE FIELD OF PERSONAL CARE |

| Trademark | Status | Class | Application Number | Goods and Services |
|---|---|---|---|---|
| PINK IS LIFE | | | App 20-OCT-2005<br>Reg 20-JAN-2009<br><br>First Used:<br>15-FEB-2007 (IC 35)<br>In Commerce:<br>15-FEB-2007 | PRODUCTS AND ACCESSORIES, ROOM FRAGRANCE PRODUCTS, JEWELRY, AUDIO TAPES, BEDDING, CLOTHING AND ACCESSORIES, TOYS AND CANDY |
| PINK ME UP<br><br>PINK ME UP | Registered | 3 | App 77690300<br>Reg 3726618<br>App 13-MAR-2009<br>Reg 15-DEC-2009<br><br>First Used:<br>04-SEP-2009<br>In Commerce:<br>04-SEP-2009 | INT. CL. 3 COSMETIC PENCILS; COSMETIC ROUGES; EYE LINER; EYE MAKE-UP; EYE PENCILS; EYE SHADOWS; FACE POWDER; LIP BALM; LIP GLOSS; NAIL POLISH |
| PINK NATION<br><br>PINK NATION | Registered | 35 | App 77637012<br>Reg 3729795<br>App 19-DEC-2008<br>Reg 22-DEC-2009<br><br>First Used:<br>30-APR-2009<br>In Commerce:<br>30-APR-2009 | INT. CL. 35 RETAIL STORE SERVICES IN THE FIELD OF CLOTHING AND ACCESSORIES, PERSONAL CARE PRODUCTS AND JEWELRY FEATURING A BONUS INCENTIVE PROGRAM FOR CUSTOMERS |
| PINK NATION VICTORIA'S SECRET<br><br>PINK NATION | Registered | 35 | App 77796835<br>Reg 3840101<br>App 04-AUG-2009<br>Reg 31-AUG-2010<br><br>First Used:<br>30-APR-2009<br>In Commerce:<br>30-APR-2009 | INT. CL. 35 RETAIL STORE SERVICES IN THE FIELD OF CLOTHING AND ACCESSORIES, PERSONAL CARE PRODUCTS, JEWELRY AND VARIOUS GIFTS FEATURING A BONUS INCENTIVE PROGRAM FOR CUSTOMERS |
| PINK U<br>Cross References: PINK YOU<br><br>PINK U | Registered | 25 | App 78720303<br>Reg 3750738<br>App 26-SEP-2005<br>Reg 16-FEB-2010<br><br>First Used:<br>29-AUG-2007 (IC 25)<br>In Commerce:<br>29-AUG-2007 | INT. CL. 25 PANTIES, T-SHIRTS |
| PINK UNIVERSITY | Registered | 16 18 25 | App 78720294<br>Reg 3665102<br>App 26-SEP-2005<br>Reg 04-AUG-2009 | INT. CL. 16 BLANK WRITING JOURNALS<br>INT. CL. 18 TOTE BAGS, TRAVEL BAGS, PURSES, CLUTCHES, COSMETIC BAGS SOLD EMPTY, ALL PURPOSE CARRYING BAGS, BEACH BAGS<br>INT. CL. 25 PANTS, ROBES, SOCKS, VESTS, JACKETS, |

| Trademark | Status | Class | Application Number | Goods and Services |
|---|---|---|---|---|
| PINK UNIVERSITY | | | First Used: 06-JUN-2006 (IC 16) In Commerce: 06-JUN-2006 First Used: 06-JUN-2006 (IC 18) In Commerce: 06-JUN-2006 First Used: 06-JUN-2006 (IC 25) In Commerce: 06-JUN-2006 | BRAS, PANTIES, T-SHIRTS, TANK TOPS, SWEAT PANTS, SLEEPWEAR, SHIRTS, BOXERS, SCARVES, HATS, BATHROBES, BEACH COVER-UPS, BELTS, BLAZERS, BLOUSES, BOXER SHORTS, CAMISOLES, CAPS, COATS, DRESSES, GLOVES, GOWNS, HALTER TOPS, HEADBANDS, JACKETS, JEANS, JOGGING SUITS, KNIT SHIRTS, KNIT TOPS, MITTENS, NIGHT GOWNS, NIGHT SHIRTS, PAJAMAS, SHORTS, SKIRTS, SLACKS, SUITS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, SWEAT SUITS, SWEATERS, SWIMSUITS, T-SHIRTS, TANK TOPS, TIGHTS, AND VESTS |
| SQUEAKY PINK  SQUEAKY PINK | Registered | 3 | App 77063002 Reg 3631914 App 13-DEC-2006 Reg 02-JUN-2009  First Used: 10-JUL-2007 In Commerce: 10-JUL-2007 | INT. CL. 3 SHOWER GELS |
| VICTORIA'S SECRET PINK  VICTORIA'S SECRET PINK | Registered | 25 | App 85159962 Reg 3992764 App 25-OCT-2010 Reg 12-JUL-2011  First Used: JUL-2004 In Commerce: JUL-2004 | INT. CL. 25 SWEATERS; SCARVES; FOOTWEAR; SKIRTS; DRESSES; JEANS; TANK TOPS; COATS; JACKETS; SWEATPANTS; YOGA PANTS; HOODED SWEATSHIRTS; BOXERS; SHORTS; PAJAMAS; LEGGINGS; T-SHIRTS; CARDIGAN; CAMIS; HATS; JERSEYS |
| VICTORIA'S SECRET PINK  VICTORIA'S SECRET PINK | Registered | 35 | App 77063164 Reg 3502263 App 13-DEC-2006 Reg 16-SEP-2008  First Used: 06-MAR-2001 In Commerce: 06-MAR-2001 | INT. CL. 35 RETAIL STORE SERVICES, MAIL ORDER CATALOG SERVICES AND ON-LINE RETAIL STORE SERVICES ALL FEATURING CLOTHING, PERSONAL CARE PRODUCTS, BAGS, JEWELRY AND ACCESSORIES, BEDDING AND FOOTWEAR |
| VICTORIA'S SECRET PINK  VICTORIA'S SECRET PINK | Registered | 20 24 | App 78637752 Reg 3226760 App 26-MAY-2005 Reg 10-APR-2007  First Used: 02-AUG-2004 (IC 20) In Commerce: 02-AUG-2004 | INT. CL. 20 PILLOWS INT. CL. 24 BEDDING, NAMELY, [BED SKIRTS, ]BED BLANKETS, COMFORTERS AND BED SHEETS |

| Trademark | Status | Class | Application Number | Goods and Services |
|---|---|---|---|---|
| | | | First Used: 02-AUG-2004 (IC 24) In Commerce: 02-AUG-2004 | |
| VICTORIA'S SECRET PINK | Registered | 25 | App 76200191 Reg 2992758 App 25-JAN-2001 Reg 06-SEP-2005 First Used: JUL-2004 (IC 25) In Commerce: JUL-2004 | INT. CL. 25 CLOTHING, NAMELY, [SLIPS, TEDDIES,] NIGHTGOWNS, SHIRTS, SWIMWEAR, [BODYSUITS,] TAP PANTS, PANTS, [SARONGS, GARTER BELTS, STOCKINGS, HOSIERY, PANTYHOSE,] SOCKS, TIGHTS [AND TEDDIES WITH GARTERS] |
| VICTORIA'S SECRET PINK | Registered | 25 | App 76976203 Reg 2820380 App 25-JAN-2001 Reg 02-MAR-2004 First Used: DEC-2001 (IC 25) In Commerce: DEC-2001 | INT. CL. 25 CLOTHING, NAMELY, BRAS, PANTIES, CAMISOLES, PAJAMAS, SLEEP SHIRTS, ROBES AND T-SHIRTS |
| VICTORIA'S SECRET PINK | Registered | 3 | App 76046788 Reg 3520974 App 11-MAY-2000 Reg 21-OCT-2008 First Used: 06-MAR-2001 (IC 03) In Commerce: 06-MAR-2001 | INT. CL. 3 PERSONAL CARE PRODUCTS, NAMELY, BATH OIL, BATH BEADS, BLUSH, COLOGNE, CREAM FOR THE BODY, CREAM FOR THE FACE, CREAM FOR THE HANDS, FACE MIST, FRAGRANT BODY SPLASH, LOTION FOR THE BODY, LOTION FOR THE HANDS, LOTION FOR THE FACE, LIP BALM, LIP GLOSS, LIP MAKEUP PENCILS, LIPSTICK, MAKEUP FOR THE BODY, MAKEUP FOR THE FACE, MAKEUP REMOVER, MASCARA, PERFUME, POWDER FOR THE BODY, POWDER FOR THE FACE, SHOWER GEL, SOAP FOR BODY, SOAP FOR FACE, SOAP FOR HANDS, EYE SHADOW, FOUNDATION |

# APPENDIX B

## VICTORIA'S SECRET PINK PENDING USED-BASED APPLICATIONS

| Trademark | Status | Class | Application Number/Date | Goods and Services |
|---|---|---|---|---|
| PINK<br><br>PINK | Pending | 25 35 | App 85/792,922<br>App 03-DEC-2012<br><br>Dates of first Use: 1/00/2004 | **INT. CL. 25** UNDERWEAR, NAMELY, BRAS, PANTIES, BOXER SHORTS, CAMISOLES, AND TIGHTS; SLEEPWEAR, NAMELY, SLEEP SHIRTS, PAJAMAS, NIGHT GOWNS, AND NIGHT SHIRTS; ACTIVEWEAR, NAMELY, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, SWEAT SUITS, HOODED SWEAT SHIRTS,LEGGINGS, JOGGING SUITS, AND YOGA PANTS; SWIMWEAR; OUTERWEAR, NAMELY, JACKETS, BLAZERS, GLOVES AND EARMUFFS; CLOTHING, NAMELY, SOCKS, T-SHIRTS, TANK TOPS, SHIRTS, BLOUSES, HALTER TOPS, JEANS, JEAN SHORTS, KNIT SHIRTS, KNIT TOPS, PANTS,SHORTS, SKIRTS, SWEATERS, CAMISOLES, JERSEYS; FOOTWEAR NAMELY, SLIPPERS AND BOOTIES; HEADWEAR, NAMELY, HATS AND CAPS<br>**INT. CL. 35** RETAIL STORE, CATALOG AND ON-LINE ORDERING SERVICES IN THE FIELDS OF PERSONAL CARE PRODUCTS AND ACCESSORIES, TOTE BAGS, TRAVEL BAGS, ALL-PURPOSE BAGS, CLUTCHES, HANDBAGS, CLOTHING AND ACCESSORIES; BONUS INCENTIVE PROGRAMS FOR CUSTOMERS |
| PINK<br><br>PINK | Pending | 25 35 | App 85/792,915<br>App 03-DEC-2012<br><br>Dates of first Use: 1/00/2005 | **INT. CL. 25** UNDERWEAR, NAMELY, BRAS, PANTIES, BOXER SHORTS, CAMISOLES, AND TIGHTS; SLEEPWEAR, NAMELY, SLEEP SHIRTS, PAJAMAS, NIGHT GOWNS, AND NIGHT SHIRTS; ACTIVE WEAR, NAMELY, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, SWEAT SUITS, HOODED SWEAT SHIRTS,LEGGINGS, JOGGING SUITS, AND YOGA PANTS; SWIMWEAR; OUTERWEAR, NAMELY, JACKETS, BLAZERS, GLOVES AND EARMUFFS; CLOTHING, NAMELY, SOCKS, T-SHIRTS, TANK TOPS, SHIRTS, BLOUSES, HALTER TOPS, JEANS, JEAN SHORTS, KNIT SHIRTS, KNIT TOPS, PANTS,SHORTS, SKIRTS, SWEATERS, CAMISOLES, JERSEYS; FOOTWEAR NAMELY, SLIPPERS AND BOOTIES; HEADWEAR, NAMELY, HATS<br>**INT. CL. 35** RETAIL STORE, CATALOG AND ON-LINE ORDERING SERVICES IN THE FIELDS OF PERSONAL CARE PRODUCTS AND ACCESSORIES, TOTE BAGS, TRAVEL BAGS, ALL-PURPOSE BAGS, CLUTCHES, HANDBAGS, CLOTHING AND ACCESSORIES; BONUS INCENTIVE PROGRAMS FOR CUSTOMERS |

## APPENDIX C

### VICTORIA'S SECRET PINK PENDING INTENT-TO-USE APPLICATIONS

| Trademark | Status | Class | Application Number/Date | Goods and Services |
|---|---|---|---|---|
| LOVE PINK<br><br>LOVE PINK | Pending<br><br>Section 1(b) | 3 | App 86/073,380<br>Date 24-SEP-2013<br><br>First Used:<br>28-OCT-2013 (IC 03)<br>In Commerce:<br>28-OCT-2013 | INT. CL. 3 BODY LOTION; BODY SPRAYS; EAU DE PARFUM |
| EAU DE PINK<br>Translation: WATER OF PINK<br><br>EAU DE PINK | Published<br><br>Section 1(b) | 3 | App 85/256,919<br>Date 03-MAR-2011 | INT. CL. 3 EAU DE PARFUM; BODY LOTION; BODY MIST; BODY WASH; SCENTED BODY POWDER; HAND AND BODY CREAM |
| I ONLY WEAR PINK<br><br>I ONLY WEAR PINK | Published<br><br>Section 1(b) | 3 | App 85/250,603<br>Date 24-FEB-2011 | INT. CL. 3 BODY LOTION; DUSTING POWDER; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY MIST |
| PINK SHOW OFF<br><br>PINK SHOW OFF | Published<br><br>Section 1(b) | 3 | App 85/344,188<br>Date 13-JUN-2011 | INT. CL. 3 BODY LOTION; BODY POWDER; EAU DE PARFUM |
| PINK VACAY | Published<br><br>Section 1(b) | 3 | App 86/076,695<br>Date 27-SEP-2013 | INT. CL. 3 BODY CREAM; BODY LOTION; EAU BODY SPRAYS; EAU DE PARFUM; EAU DE TOILETTE |

## APPENDIX D

## VICTORIA'S SECRET COMMON LAW MARKS

| Trademark | Status | Class | Application Number/Date | Goods and Services |
|---|---|---|---|---|
| PINK SHIELD | N/A | N/A | N/A | (Used on signage for) Retail store services, for women's apparel, namely underwear, swimwear, sleepwear, leggings, sweatpants, shorts, yoga pants, t-shirts, tank-tops, sweatshirts, handbags, backpacks, totes, flip flops, sandals, sneakers, dormitory bedding, dormitory storage bins, laundry bags, towels, lip gloss, nail polish, body mist, fragrance, body lotion, body scrubs, body butter, body cream, hair spray, bronzer |
| UNIVERSITY OF PINK | N/A | N/A | N/A | (Used on apparel hang tags for) women's underwear, swimwear, sleepwear, leggings, sweatpants, shorts, yoga pants, t-shirts, tank-tops, sweatshirts |
| LOVE PINK | N/A | N/A | N/A | Apparel, namely women's underwear, swimwear, sleepwear, leggings, sweatpants, shorts, yoga pants, t-shirts, tank-tops, sweatshirts

Retail and Online Store services for women's apparel, namely underwear, swimwear, sleepwear, leggings, sweatpants, shorts, yoga pants, t-shirts, |

| Trademark | Status | Class | Application Number/Date | Goods and Services |
|---|---|---|---|---|
| | | | | tank-tops, sweatshirts |
| LOVE PINK WREATH | N/A | N/A | N/A | Phone cases |
| PINK DOG DESIGN | N/A | N/A | N/A | Apparel, namely women's underwear, swimwear, sleepwear, leggings, sweatpants, shorts, yoga pants, t-shirts, tank-tops, sweatshirts<br><br>Online and retail store services for womens' apparel, namely namely, women's underwear, swimwear, sleepwear, leggings, sweatpants, shorts, yoga pants, t-shirts, tank-tops, sweatshirts |
| LOVE 86 PINK | N/A | N/A | N/A | Apparel, namely, women's sweatshirts |
| LOVE PINK | N/A | N/A | N/A | Apparel, namely women's underwear, swimwear, sleepwear, leggings, sweatpants, shorts, yoga pants, t-shirts, tank-tops, sweatshirts<br><br>Women's Fragrances |
| PINK-O | N/A | N/A | N/A | Phone apps |
| NINETEEN PINK EIGHTY-SIX | N/A | N/A | N/A | Apparel, namely, women's sweatshirts |
| NINETEEN LOVE PINK EIGHTY-SIX | N/A | N/A | N/A | Apparel, namely, women's shorts and sweatshirts |

# APPENDIX E

# THOMAS PINK REGISTRATIONS

| Trademark | Status | Class(es) | Registration Number/Date | Goods and Services |
|---|---|---|---|---|
| PINK THOMAS PINK JERMYN STREET LONDON<br><br>**PINK**<br>THOMAS PINK<br>JERMYN STREET LONDON | Registered | 14, 18, 25, 35 | Reg 3199280<br>Reg 16-JAN-2007<br><br>SEP-1997<br>First Used: SEP-1997 (IC 25)<br>In Commerce: SEP-1997<br>First Used: 1998 (IC 35)<br>In Commerce: 2000 | INT. CL. 14 GOODS MADE OF PRECIOUS METAL, NAMELY, CUFFLINKS, TIE PINS, SILVER PEN NIBS, SILVER COLLAR STAYS, STUD BOXES, KEY RINGS AND KEY FOBS; WATCHES<br>INT. CL. 18 WALLETS, AND LEATHER KEY CHAINS ALL MADE OF LEATHER OR IMITATIONS OF LEATHER; UMBRELLAS AND PARASOLS<br>INT. CL. 25 ARTICLES OF CLOTHING, NAMELY, SHIRTS, BLOUSES, PANTS AND SKIRTS AND DRESSES; UNDERWEAR, NAMELY, BOXER SHORTS AND UNDERPANTS; NECK TIES, BOW TIES, CRAVATS, SCARVES<br>INT. CL. 35 ON-LINE RETAIL AND RETAIL STORE SERVICES, MAIL ORDER CATALOG SERVICES, ALL FEATURING CLOTHING, COSMETICS, [JEWELRY,] GOODS MADE OF LEATHER AND IMITATIONS OF LEATHER[, AND WATCHES]<br>**Goods and Services:**<br>INT. CL. 14 GOODS MADE OF PRECIOUS METAL, NAMELY, CUFFLINKS, TIE PINS, SILVER PEN NIBS, SILVER COLLAR STAYS, STUD BOXES, KEY RINGS AND KEY FOBS; WATCHES<br>INT. CL. 18 WALLETS, AND LEATHER KEY CHAINS ALL MADE OF LEATHER OR IMITATIONS OF LEATHER; UMBRELLAS AND PARASOLS<br>INT. CL. 25 ARTICLES OF CLOTHING, NAMELY, SHIRTS, BLOUSES, PANTS AND SKIRTS AND DRESSES; UNDERWEAR, NAMELY, BOXER SHORTS AND UNDERPANTS; NECK TIES, BOW TIES, CRAVATS, SCARVES<br>INT. CL. 35 ON-LINE RETAIL AND RETAIL STORE SERVICES, MAIL ORDER CATALOG SERVICES, ALL FEATURING CLOTHING, COSMETICS, [JEWELRY,] GOODS MADE OF LEATHER AND IMITATIONS OF LEATHER[, AND WATCHES] |
| [fox logo] | Registered | 14, 18, 25 | Reg 3616227<br>Reg 05-MAY-2009 | INT. CL. 14 PRECIOUS METALS AND THEIR ALLOYS AND GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, JEWELRY, SHIRT STUDS, SILVER COLLAR BONES, NAMELY, SILVER COLLAR STAYS, AND CUFFLINKS<br>INT. CL. 18 LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS, NAMELY, LEATHER BOXES, LEATHER KEY HOLDERS, BILL FOLDS, COIN POUCHES, WALLETS, PURSES, CREDIT CARD HOLDERS, IMITATION LEATHER POUCHES, [ AND UMBRELLAS ]<br>INT. CL. 25 CLOTHING, NAMELY, SHIRTS, POLO SHIRTS, T-SHIRTS, RUGBY SHIRTS, SWEAT SHIRTS, UNDER SHIRTS, BLOUSES, PANTS, SKIRTS, DRESSES; KNITWEAR, NAMELY, TANK TOPS, V-NECKS, ROLL NECKS, JUMPERS, CARDIGANS; SOCKS; GLOVES; PYJAMAS; BRACES; CUMMERBUNDS;UNDERWEAR, NAMELY, BOXER SHORTS AND UNDERPANTS; NECK TIES, BOW TIES, CRAVATS, SCARVES; FOOTWEAR; HEADGEAR, NAMELY, HATS AND CAPS<br>**Goods and Services:**<br>INT. CL. 14 PRECIOUS METALS AND THEIR ALLOYS AND GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, JEWELRY, SHIRT STUDS, SILVER COLLAR BONES, NAMELY, SILVER COLLAR STAYS, AND CUFFLINKS<br>INT. CL. 18 LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS, NAMELY, LEATHER BOXES, LEATHER KEY HOLDERS, BILL FOLDS, COIN POUCHES, WALLETS, PURSES, CREDIT CARD HOLDERS, IMITATION LEATHER POUCHES, [ AND UMBRELLAS ]<br>INT. CL. 25 CLOTHING, NAMELY, SHIRTS, POLO SHIRTS, T-SHIRTS, |

| Trademark | Status | Class(es) | Registration Number/Date | Goods and Services |
|---|---|---|---|---|
| | | | | RUGBY SHIRTS, SWEAT SHIRTS, UNDER SHIRTS, BLOUSES, PANTS, SKIRTS, DRESSES; KNITWEAR, NAMELY, TANK TOPS, V-NECKS, ROLL NECKS, JUMPERS, CARDIGANS; SOCKS; GLOVES; PYJAMAS; BRACES; CUMMERBUNDS;UNDERWEAR, NAMELY, BOXER SHORTS AND UNDERPANTS; NECK TIES, BOW TIES, CRAVATS, SCARVES; FOOTWEAR; HEADGEAR, NAMELY, HATS AND CAPS |
| [design mark] | Registered (Renewed) | 25, 35 | App 75340764<br>App 13-AUG-1997<br>Reg 2396702<br>Reg 24-OCT-2000<br>Renewed (Registered)<br>Section 2(F)<br><br>First Used: 31-OCT-1994 (IC 25)<br>In Commerce: 31-OCT-1994 | INT. CL. 25 SHIRTS FOR MEN AND WOMEN<br>Goods and Services:<br>INT. CL. 25 SHIRTS FOR MEN AND WOMEN |
| THOMAS PINK | Registered (Renewed) | 14, 18, 21, 24, 25, 26, 35 | App 75836974<br>App 01-NOV-1999<br>Reg 2429601<br>Reg 20-FEB-2001<br>Renewed (Registered)<br><br>First Used: 1984 (IC 14)<br>In Commerce: 1984<br>First Used: 1984 (IC 18)<br>In Commerce: 1984<br>First Used: 1984 (IC 21)<br>In Commerce: 1984<br>First Used: 1984 (IC 24)<br>In Commerce: 1984<br>First Used: 1984 (IC 25)<br>In Commerce: 1984<br>First Used: 1984 (IC 26)<br>In Commerce: 1984<br>First Used: SEP-1997 (IC 35)<br>In Commerce: SEP-1997 | INT. CL. 14 CUFF LINKS; COLLAR STUDS; SILVER DRINKING FLASKS<br>INT. CL. 18 LEATHER GOODS, NAMELY BILL FOLDS; CREDIT CARD CASES; LEATHER PORTFOLIOS TO ACCOMMODATE WRITING TABLETS; WALLETS<br>INT. CL. 21 NON-METAL DECORATIVE BOXES<br>INT. CL. 24 HANDKERCHIEFS<br>INT. CL. 25 MEN'S AND WOMEN'S CLOTHING, NAMELY SHIRTS; POLO SHIRTS; TIES; BOW TIES; BOXER SHORTS; SOCKS; SILK POCKET SQUARES; CRAVATS; COLLARS FOR SHIRTS; EXPANDING ARMBANDS FOR HOLDING SLEEVES; SCARVES AND KNITWEAR, NAMELY, SWEATERS AND VESTS<br>INT. CL. 26 COLLAR STAYS<br>INT. CL. 35 RETAIL STORE SERVICES IN THE FIELD OF MEN'S AND WOMEN'S CLOTHING AND ACCESSORIES<br>Goods and Services:<br>INT. CL. 14 CUFF LINKS; COLLAR STUDS; SILVER DRINKING FLASKS<br>INT. CL. 18 LEATHER GOODS, NAMELY BILL FOLDS; CREDIT CARD CASES; LEATHER PORTFOLIOS TO ACCOMMODATE WRITING TABLETS; WALLETS<br>INT. CL. 21 NON-METAL DECORATIVE BOXES<br>INT. CL. 24 HANDKERCHIEFS<br>INT. CL. 25 MEN'S AND WOMEN'S CLOTHING, NAMELY SHIRTS; POLO SHIRTS; TIES; BOW TIES; BOXER SHORTS; SOCKS; SILK POCKET SQUARES; CRAVATS; COLLARS FOR SHIRTS; EXPANDING ARMBANDS FOR HOLDING SLEEVES; SCARVES AND KNITWEAR, NAMELY, SWEATERS AND VESTS<br>INT. CL. 26 COLLAR STAYS<br>INT. CL. 35 RETAIL STORE SERVICES IN THE FIELD OF MEN'S AND WOMEN'S CLOTHING AND ACCESSORIES |

# APPENDIX F

## THOMAS PINK APPLICATIONS

| Trademark | Status | Class | Application Number/Date | Goods and Services |
|---|---|---|---|---|
| PINK THOMAS PINK JERMYN STREET LONDON<br>PINK<br>THOMAS PINK<br>JERMYN STREET LONDON | Pending Section 66(a) (Madrid Protocol) - Filed Section 66(a) | 3 | App 79140091<br>App 10-MAY-2013 | INT. CL. 3 COSMETICS; PERFUMERY; TOILETRIES; SOAPS; SHAMPOOS; SKIN CARE PREPARATIONS; HAIR CARE PREPARATIONS<br>**Goods and Services:**<br>INT. CL. 3 COSMETICS; PERFUMERY; TOILETRIES; SOAPS; SHAMPOOS; SKIN CARE PREPARATIONS; HAIR CARE PREPARATIONS |
| PINK<br>PINK | Pending Section 66(a) (Madrid Protocol) - Filed Section 66(a) | 3 | App 79140090<br>App 10-MAY-2013 | INT. CL. 3 COSMETICS; PERFUMERY; TOILETRIES; SOAPS; SHAMPOOS; SKIN CARE PREPARATIONS; HAIR CARE PREPARATIONS<br>**Goods and Services:**<br>INT. CL. 3 COSMETICS; PERFUMERY; TOILETRIES; SOAPS; SHAMPOOS; SKIN CARE PREPARATIONS; HAIR CARE PREPARATIONS |
| THOMAS PINK<br>**THOMAS PINK** | Pending Section 66(a) (Madrid Protocol) - Filed Section 66(a) | 3 | App 79140566<br>App 10-MAY-2013 | INT. CL. 3 COSMETICS; PERFUMERY; TOILETRIES; SOAPS; SHAMPOOS; SKIN CARE PREPARATIONS; HAIR CARE PREPARATIONS<br>**Goods and Services:**<br>INT. CL. 3 COSMETICS; PERFUMERY; TOILETRIES; SOAPS; SHAMPOOS; SKIN CARE PREPARATIONS; HAIR CARE PREPARATIONS |

956695.v1